IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERARDO MARTINEZ, | § § § | |
| *Plaintiff,* | § § | SA-20-CV-00869-ESC |
| vs. | § § § | |
| ANDREW M. SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court affirmed the Commissioner's decision finding Plaintiff not disabled. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is supported by substantial evidence and is hereby affirmed.

SIGNED this 3rd day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE